# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Ricardo Montoya Martinez

        Plaintiff,

v.              Case No.: 1:16−cv−03457

              Honorable Amy J. St. Eve

Vito & Angelo Pizzeria, INC, et al.

        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 5, 2016:

  MINUTE entry before the Honorable Amy J. St. Eve: Pursuant to the parties' stipulation to dismiss, this case is hereby dismissed with prejudice. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.